UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PAMELA ROHAN,**<br><br>          Plaintiff,<br><br>-against-<br><br>**PERFORMANT RECOVERY, INC.;**<br>**And DOES 1 through 10, inclusive,**<br><br>          Defendant. | Civil Action No.: 13-cv-00779 (DRH/ETB)<br><br>[Judge: Hon. E. Thomas Boyle]<br><br>**NOTICE OF SETTLEMENT** |

      Plaintiff, PAMELA ROHAN, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendant, PERFORMANT RECOVERY, INC; and DOES 1 through 10, inclusive. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

DATED: July 9, 2013                                        RESPECTFULLY SUBMITTED,


                                                              By: /s/ Shireen Hormozdi
                                                              Shireen Hormozdi
                                                              Hormozdi Law Firm, LLC
                                                              1770 Indian Trail Lilburn Road, Suite 175
                                                              Norcross, GA 30093
                                                              Tel: 678-395-7795
                                                              Tel: 323-988-2400 x267
                                                              Fax: 866-929-2434
                                                              shireen@hormozdilaw.com
                                                              *Counsel for Plaintiff,*
                                                              *Pamela Rohan*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on July 9, 2013, via the Court Clerk's CM/ECF system which will provide notice to the following:

Concepcion A. Montoya
Hinshaw & Culbertson
780 Third Avenue, 4th Floor
New York, New York 10017
Tel: 212-471-6200
*Counsel for Defendant,*
*Performant Recovery, Inc*

By: /s/ Shireen Hormozdi
Shireen Hormozdi